CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-cr-00231-RFB-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| vs. | (Second Request) |
| JOSHUA BOYD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by JOSHUA BOYD, by and through his attorney, CHRISTOPHER R. ORAM, ESQ., and the United States of America, by and through JESSICA OLIVA, ESQ., Assistant United States Attorney, that the sentencing hearing scheduled for January 7, 2022, be continued for a period of two (2) weeks, to a date and time convenient to this Honorable Court.

The request for a continuance is based upon the following:

1. Defense Counsel has tested positive for COVID-19 and requests this brief continuance to allow him to recover prior to proceeding with the upcoming sentencing.

2. The Government has no objection to the continuance.

3. Mr. Boyd is out of custody, and he does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: January 4, 2022

Respectfully submitted,

| */s/ Christopher R. Oram* | */s/ Jessica Oliva* |
|---|---|
| Christopher R. Oram, Esq. | Jessica Oliva, Esq. |
| 520 S. Fourth Street, Second Floor | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | 501 Las Vegas Blvd. South, Suite 1100 |
| Attorney for Joshua Boyd | Las Vegas, Nevada 89101 |
| | Attorney for the United States of America |

CHRISTOPHER R. ORAM, ESQ.
Nevada Bar No. 4349
520 S. Fourth Street, Second Floor
Las Vegas, Nevada 89101
Telephone: (702) 384-5563
contact@christopheroramlaw.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         vs.<br><br>JOSHUA BOYD,<br><br>         Defendant. | CASE NO:  2:21-cr-00231-RFB-DJA<br><br>**ORDER**<br><br>(Second Request) |

**FINDINGS OF FACT**

    Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense Counsel has tested positive for COVID-19 and requests this brief continuance to allow him to recover prior to proceeding with the upcoming sentencing.

2. The Government has no objection to the continuance.

3. Mr. Boyd is out of custody, and he does not object to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

3

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to prepare for the sentencing hearing effectively and thoroughly, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for January 7, 2022, at the hour of 10:00 a.m. be vacated and continued to the  8th  day of  February , 2022, at the hour of  9:00 AM by videoconference.

DATED AND DONE this  4th  day of  Janaury , 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE